UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE:<br><br>COASTAL INTERNATIONAL, INC., a Nevada Corporation,<br><br>        Debtor,<br><br>――――――――――――――――――――<br><br>COASTAL INTERNATIONAL, INC., a Nevada Corporation,<br><br>        Plaintiff-Appellant,<br>    v.<br><br>JOVITA CARRANZA, Administrator for the U.S. Small Business Administration,<br><br>        Defendant-Appellee. | Case No.  20-cv-05240-BLF<br><br>Bankr. Case No. 19-bk-31326-HLB<br>Adv. Proc. 20-ap-3027-HLB<br><br>**ORDER TO SHOW CAUSE WHY APPEAL SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE** |

This appeal arises from an order issued in an adversary proceeding commenced by Debtor Coastal International, Inc. ("Coastal") against Jovita Carranza, Administrator for the U.S. Small Business Administration ("SBA").  Coastal challenges Carranza's determination that debtors in bankruptcy are not eligible for loans through the Paycheck Protection Program, a federal loan program created by the Coronavirus Aid, Relief and Economic Security Act ("CARES Act") and administered by the SBA.

On June 29, 2020, the Bankruptcy Court issued an "Order Denying Plaintiff's Motion Shorten Time; Order Denying Plaintiff's Application for Temporary Restraining Order and Preliminary Injunction."  *See* Notice of Appeal, ECF 1 at pp. 28-49.  Coastal filed a Notice of

Appeal and Statement of Election in the Bankruptcy Court on July 13, 2020. *See id.* at pp. 9-11. Coastal did not elect to have the appeal heard by the District Court rather than the Bankruptcy Appellate Panel ("BAP"). *See id.* The appeal was referred to the BAP on July 17, 2020. *See id.* at p. 16. On July 30 2020, Carranza filed a Statement of Election to Proceed in District Court. *See id.* at pp. 2-4. The appeal was transferred to the District Court on July 30, 2020. *See id.* at p. 1.

On August 21, 2020, the Clerk of the Bankruptcy Court issued a letter certifying that the record on appeal has not been completed, and specifically that Coastal has failed to submit a designation of items for the appeal record and a statement of issues on appeal. *See* Letter from Bankruptcy Court, ECF 3. The letter was entered on this Court's docket on August 25, 2020. *See id.*

Pursuant to Federal Rule of Bankruptcy Procedure 8009, Coastal was required to "file with the bankruptcy clerk and serve on the appellee a designation of the items to be included in the record on appeal and a statement of the issues to be presented" within fourteen days after filing its Notice of Appeal. Fed. R. Bankr. P. 8009(a). As stated above, Coastal filed its Notice of Appeal on July 13, 2020. Coastal therefore was required to file its designation and statement by July 27, 2020. Even if there were some confusion arising from the initial referral of the appeal to the BAP and subsequent transfer of the appeal to this Court, the appeal was docketed in this Court on July 30, 2020. Almost a month has elapsed since then, and Coastal still has not filed its designation and statement in the Bankruptcy Court.

Accordingly, Coastal is hereby ORDERED TO SHOW CAUSE, in writing and on or before September 9, 2020, why this appeal should not be dismissed for failure to prosecute and failure to comply with the Federal Rules of Bankruptcy Procedure.

**IT IS SO ORDERED.**

Dated: August 26, 2020

/s/ Beth Labson Freeman
BETH LABSON FREEMAN
United States District Judge

2